UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ALFREDO CASTILLO § | |
| § | |
| Petitioner § | |
| VS. § | CIVIL ACTION NO. C-09-202 |
| § | |
| UNITED STATES OF AMERICA § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO GRANT RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

On January 8, 2010, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that Respondent's motion for summary judgment (D.E. 11) be granted and that Petitioner Alfredo Castillo's petition be dismissed. A copy of the Memorandum and Recommendation was mailed to petitioner with a card to be returned indicating his receipt of the mailing. The card has not been returned by petitioner nor has the mailing been returned by the U.S. Post Office as undeliverable. Therefore, seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that Respondent's motion for summary judgment is granted and Petitioner Alfredo Castillo's petition is dismissed.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 22nd day of March, 2010.

_____
Janis Graham Jack
United States District Judge